**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DeCARLA NETTERVILLE | CIVIL ACTION NO. 15-1832 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COMMONWEALTH LAND TITLE INSURANCE CO., ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Government's Motion to Dismiss (Record Document 50) is **GRANTED**. All claims against the Government are **DISMISSED** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of December, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT